CO-290
Rev. 3/88

Notice of Appeal Criminal

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. P-0571336
)
MAX OBUSZEWSKI ET AL )

### NOTICE OF APPEAL

Name and address of appellant:  Michael S. Berg

Name and address of appellant's attorney:

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12-21-2005                                   Michael S. Berg
DATE                                         APPELLANT

                                             ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [ ]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?         YES [ ]   NO [ ]
Has counsel ordered transcripts?               YES [ ]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [ ]

RECEIVED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

